UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS ALAN NEAL, and
JACQUELINE DIANNE NEAL,

        Plaintiffs,

   v.

E*TRADE BANK, et al.,

        Defendants.

NO. 2:11-cv-0954 FCD GGH

**ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS**

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss Complaint (Docket No. 5) is continued to August 19, 2011, at 10:00 a.m. Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than August 5, 2011.  Defendants may file and serve a reply on or before August 12, 2011.

    2.   Plaintiffs' counsel is ordered to show cause why he should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

    3.   Plaintiffs' counsel shall file his response to the order to show cause on or before August 5, 2011.

 4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

 IT IS SO ORDERED.

DATED: July 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE